597 A.2d 1134

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Michael DALY, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 4, 1990.

Decided Oct. 7, 1991.

Edward J. Daly, Jeffrey S. Pearson, Philadelphia, for appellant.

Michael J. Kane, Deputy Atty. Gen., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS, and CAPPY, JJ.

## ORDER

PER CURIAM.

AND NOW, this 7th day of October, 1991, the order of the Superior Court is reversed insofar as it affirmed the trial court's order denying Appellant Michael Daly's Motion to Dismiss. See, *Commonwealth v. Traitz*, 528 Pa. 305, 597 A.2d 1129 (1991).